

# THE THIRTEENTH COURT OF APPEALS

## 13-22-00191-CV

MISSION CONSOLIDATED INDEPENDENT SCHOOL DISTRICT
V.
FRANCISCO GARCIA SR. AND MARIA GARCIA

On Appeal from the
206th District Court of Hidalgo County, Texas
Trial Court Cause No. C-2009-21-D

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed. The Court orders the appeal DISMISSED in accordance with its opinion. Costs of the appeal are adjudged 50% against appellant and 50% against appellees.

We further order this decision certified below for observance.

December 8, 2022